# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF VIRGINIA

## Richmond Division

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) CRIMINAL NO. 3:19mj84 |
| | ) |
| v. | ) |
| | ) |
| **DAMON J. SCOTT,** | ) |
| | ) |
| *Defendant.* | ) |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

At all relevant times:

1. The defendant, DAMON J. SCOTT, was on Fort Lee, Virginia, in the Eastern District of Virginia.

2. Fort Lee, Virginia is property administered by the Department of Defense and is within the special territorial jurisdiction of the United States and this Court.

## COUNT ONE

### (Citation No. 6384680)

On or about May 19, 2019, in the Eastern District of Virginia at Fort Lee, Virginia, property administered by the Department of Defense, within the jurisdiction of this Court and the special territorial jurisdiction of the United States, defendant, DAMON J. SCOTT, did recklessly operate a motor vehicle on the highways of Virginia in a

manner that endangered the life, limb, and property of another person, to wit: losing control of his car and striking a lamp post.

(In violation of Title 18, United States Code, Section 13, assimilating the 1950 Code of Virginia, as amended, Section 46.2-852).

          G. ZACHARY TERWILLIGER
          UNITED STATES ATTORNEY

By: _____/s/_____
      Gabrielle S. Heim
      Special Assistant United States Attorney
      United States Attorney's Office
      919 East Main Street, Suite 1900
      Richmond, VA 23219
      Phone: (804) 765-1542
      Fax: (804) 765-1950
      gabrielle.s.heim.mil@mail.mil